# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| **Russell Javon Linney,** | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner, | ) | 5:16-cv-00167-MOC |
| | ) | 5:13-cr-00065-MOC-DCK |
| vs. | ) | |
| | ) | |
| **USA,** | ) | |
| | ) | |
| Respondent, | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 21, 2019 Order.

May 21, 2019

*Frank G. Johns*
Frank G. Johns, Clerk
United States District Court